# EXHIBIT 1

APP 0001

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN CARLOS EMDEN, MICHEL EMDEN, and NICOLÁS EMDEN, | § § § § | |
| *Plaintiffs,* | § § | Case No. 4:21-cv-03348 |
| v. | § § | |
| THE MUSEUM OF FINE ARTS, HOUSTON, | § § § | |
| *Defendant.* | § § | |

## DECLARATION OF HILLARY KRAMER LYNCH

I, Hillary Lynch, hereby declare and state as follows:

1.      My name is Hillary Kramer Lynch and I am over the age of twenty-one. The testimony contained in this Declaration is based upon my personal knowledge and the facts stated are true and correct. I am competent to testify to the matters stated in this Declaration.

2.      I am an attorney with Platt Cheem Richmond PLLC and represent the Plaintiffs in this action.

3.      Attached as Exhibit A is a Receipt for Cultural Objects, dated April 15, 1946, which is a true and accurate copy found in the National Archives and Records Administration's digitization of records from microfilm publication M1946, RECORDS CONCERNING THE CENTRAL COLLECTING POINTS ("ARDELIA HALL COLLECTION"): MUNICH CENTRAL COLLECTING POINT, 1945–1951.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

APP 0002

Executed on January 28, 2022.

_Hillary Lynch_

**Hillary Kramer Lynch**

APP 0003

# EXHIBIT A

APP 0004

**Declassified** per Executive Order 12958, Section 3.5
NND Project Number: NND 775057 By: NND Date: 1977

AL IED CONTROL AUTHORITY

REPARATIONS, DELIVERIES AND RESTITUTION DIRECTORATE

RECEIPT FOR CULTURAL OBJECTS

647

*File*

The undersigned, <u>Lt. Col. A.P.A. VORENKAMP</u>, duly accredited by the <u>Dutch</u> Government, hereby acknowledges the receipt on behalf of the said Government, from the UNITED STATES OF AMERICA Commander in Chief in Germany, for the items described in schedule "A" attached hereto.

1. The delivery of these items is submitted to following conditions:

   a. In the event of the items coming within the ambit of a general restitution procedure that may later be established by the Allied Powers, the receiving Government will agree to the transfer being submitted for confirmation by a restitution Commission or other international body which may be established to deal with this matter and will abide by its decision.

   b. In the event of such confirmation, the transfer will be subject to all the conditions laid down for restitution deliveries generally.

   c. In the event of items not coming within the ambit of such restitution procedure, the transfer shall be dealt with in accordance with such procedure as may be established for other deliveries.

2. The receiving government hereby certifies that the items described in Schedule "A" attached were taken out of that country by the enemy.

3. The receiving government undertakes to restore any object which has been delivered to it by mistake:

   a. To the government of the allied state if the property was removed by the enemy from the territory of that state;

   b. To the Headquarters of the Zone from which it was shipped, if it had not been removed from the territory of an Allied state.

- 1 -

APP 0005

**Declassified** per Executive Order 12958, Section 3.5
NND Project Number: NND 775057 By: NND Date: 1977

APP 0006

4. The receiving government agrees that the occupying
power and all its agents and representatives shall be saved
harmless from any claim for loss, damage or deterioration suf-
fered by any item from the time of its removal from the juris-
diction or custody of the country receiving restitution until
its return thereto.

Capt. Edwin C. RAE, AC
Chief M.F.A.& A. Section
Restitution Branch
_____
Witness

15 April 1946
_____
Date

Central Collecting Point
Munich
_____
Place

*A.P.A. Vorenkamp*
_____
Signature

Lt.Col. A.P.A. VORENKAMP
_____
Signature typed

Commissioner General for Nether-
lands, Economic Recuperation
_____
Title or Capacity of Signer

b/o A.P.A. Vorenkamp  Lt.Col

DISTRIBUTION:

Original and one copy - Office of Military Government (U.S.Zone)
1 - Office of Military Government for Germany (U.S.)
1 - Representative of receiving nation
1 - Office of Military Government for Bavaria

DRDR/P(45)14 Revised

- 2 -

**Declassified** per Executive Order 12958, Section 3.5
NND Project Number: NND 775057 By: NND Date: 1977

SCHEDULE "A"

| ITEM | | DESCRIPTION (Including Statement of Condition of Object) | |
|---|---|---|---|
| 34. | 2588 | D. Teniers | Twelfth night |
| 35. | 2590 | Jan Steen | A wedding in the village |
| 36. | 2596 | Master of the life of the Virgin | Visitation of Maria |
| 37. | 2643 | L.v. Mieris | Chicken-seller |
| 38. | 2911 | K. Molenaer | Landscape with mill |
| 39. | 2993 | J.v. Goyen | Winter-river-scene |
| 40. | 3017 | Th. Michau | Landscape w. river and flock |
| 41. | 3031 | Bartolomäus Breenberg | Roman landscape |
| 42. | 3040 | J. Ochtervelt | a lady conversing w. her maid |
| 43. | 3043 | J. van Goyen | Landscape w. farm-houses and people |
| 44. | 3058 | Cornelis Dussart | Country-feast |
| 45. | 3064 | J. Esselens | On the sea-side |
| 46. | 3066 | G. Flegel | Still-life |
| 47. | 3678 | P. Claesz | Still-life |
| 48. | 3727 | Franz Timmermann | Decapitation of St. John the Baptist |
| 49. | 3809 | B.v. Orley | The descent from the cross |
| 50. | 3872 | Brekelenkamp | Pupping |
| 51. | 3948 | Aelbert Cuyp | View of Wondrigham |
| 52. | 3950 | Pieter Lastmann | Roman triumph |
| 53. | 3957 | W. Kalff | Still-life |
| 54. | 4009 | D.D. de Heem | Fruit-still-life |
| 55. | 4027 | Gerrit Berckheyde | Interoir of a church |
| 56. | 4044 | Aert v.d. Neer | Moonlight landscape |
| 57. | 4061 | Emanuel de Witte | Interoir of a church |
| 58. | 4064 | Willem C. Heda | Still-life |
| 59. | 4073 | A. van Beyeren | Still-life |
| 60. | 4088 | M. Simons | Still-life |
| 61. | 4092 | Nicolaus Maes | The barrel-organ-player |
| 62. | 4326 | J. Verkolje | The letter |
| 63. | 4411 | Canaletto | Marketsquare at Pirna |
| 64. | 4471 | A. de Gelder | Haman before Ahasver |
| 65. | 4484 | F. Bol | Couple in landscape |
| 66. | 4485 | E. de Witte | Interoir of a church |
| 67. | 4811 | Jan Steen | The smoker |
| 68. | 4888 | Pietro Muttoni | Young soldier |
| 69. | 4904 | A.v. Dyck | Adoration of the shepherds |
| 70. | 4921 | J.C. Hainz | Still-life |
| 71. | 4927 | S.v. Ruysdael | River-scene |
| 72. | 4947 | J.A. Duck | Interoir with soldiers |

APP 0007