IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN CARLOS EMDEN, MICHEL EMDEN, AND NICOLÁS EMDEN, | § § § § § | CIVIL ACTION NO. 4:21-CV-03348 |
| *Plaintiffs*, | § § | |
| v. | § § | |
| THE MUSEUM OF FINE ARTS, HOUSTON, | § § § | |
| *Defendant*. | § § § § | |

**Declaration in Support of The Museum of Fine Arts, Houston's**

**Reply in Support of Its Motion to Dismiss**

I, Aaron M. Brian, hereby declare and affirm as follows:

1.	I am Counsel at Nixon Peabody LLP, counsel of record for the Museum of Fine Arts, Houston ("the Museum").  I make this declaration in support of the Museum's Reply in Support of Its Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  I am familiar with the records and files, including but not limited to those identified in paragraphs 2-3 below.  I have personal knowledge of the matters stated below that I know to be true and correct, and I am authorized and competent to make this declaration.

2.	Attached as Exhibit 9 is a copy of the May 12, 1949 letter signed by Stefan P. Munsing, Chief, Monuments, Fine Arts and Archives Section Restitution Branch.  My office obtained a copy of this document from the Fold3 website, which provides access to records stored at the U.S. National Archives.  Page 2 of Exhibit 9 identifies the archival source and information for this letter.

3.	Attached as Exhibit 10 is a true and correct copy of the archive file that was provided to my office by the Inlichtingen Nationaal Archief (Dutch Information National Archives) on December 10, 2021.  The separate pages are copied here in the same order in which they were produced by Dutch National Archives.  Each image from the file is stamped on the back with a round seal - "NATIONAAL ARCHIEF s'-GREVENHAGE."  The back of the first and last images from the file also include a stamp that is dated and signed, contains the archive file number, and is marked as "Kopie van origineel" (copy of original).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  9th day of February, 2021, in Los Angeles, California.

_____ _Aaron B_____ _____

Aaron M. Brian

# EXHIBIT 9



Declassified per Executive Order 12356, Section 3.5
NND Project Number: NND 775057 By NND Date: 1977

OFFICE OF MILITARY GOVERNMENT FOR BAVARIA
PROPERTY DIVISION
RESTITUTION BRANCH MFA&A SECTION
MUNICH GERMANY     APO 407-A     US ARMY          SPH/jaw

AG-407-SG3PR/2                               12 May 1949

SUBJECT:   Restitution of the Painting, Canaletto, "Marktplatz
           in Pirna", 10th shipment, 15 April 1946, Dutch
           running No.2476, Munich No.4411, according to
           Aagifts Formulier No.7096 Goudstikker.

TO     :   Commissioner General for Netherlands, Economic
           Recuperation, Keizersgracht 569-571, Amsterdam C

1.  Reference is made to the above subject painting, which
was restituted to the Netherlands on 15 April 1946.

2.  The information which was on hand at that time was
received from the art dealer Alnas-Dietrich, who supposedly
purchased it from Goudstikker on 4 July 1942 for fl. 1.945.38.

3.  According to information which we now have on hand
from the catalogue of the Linz collection, this painting was
acquired from Karl Haberstock in Berlin. The painting was
formerly in the castle of Anhalt as property of the Duke of
Anhalt-Dessau and was exhibited in the art collection of
Campari, Munich. According to the statement of Haberstock the
painting was acquired in Dresden.

4.  The restituted painting is listed as No.53 in the
Linz collection, one of the group of first paintings acquired
for the Linz collection before the war. According to infor-
mation on hand the first 400 paintings were acquired during
the years 1935-37.

5.  It would seem that the painting restituted to Holland
on 15 April 1946 cannot be the same one which was acquired
by the art dealer Alnas-Dietrich. Unless your office can furnish
definite proof that this is the painting acquired by Alnas-Diet-
rich, it is requested that it be returned to the Munich Central
Collecting Point as falling into the category as German owned
prior to the occupation to the Netherlands.

                    FOR THE LAND DIRECTOR:

                              STEFAN P MUNSING
                              Chief, Monumental Fine
                              Arts and Archives Section
                              Restitution Branch

1 Incl:
   Photo of painting
   in question

Tel: MM 4-389

M.F.A. + A - Files



# SOURCE INFORMATION

| | |
|---|---|
| **Image url:** | https://www.fold3.com/image/269956488 |
| **Nara Catalog Id:** | 3725265 |
| **Nara Catalog Title:** | Restitution Claim Records, compiled 1945-1951 |
| **Series:** | Restitution Claim Records |
| **Category:** | Restitution Cases: General Correspondence-Netherlands Claims |
| **Date Range:** | 1945 - 1951 |
| **Conflict Period:** | World War II |
| **Publication Number:** | M1946 |
| **Publication Title:** | Records Concerning the Central Collecting Points ("Ardelia Hall Collection"): Munich Central Collecting Point, 1945-1951 |
| **Content Source:** | NARA |
| **Content Partner:** | NARA |
| **Source Publication Year:** | 2009 |
| **Language:** | English, German, French |
| **Country:** | Germany |
| **Footnote Job:** | 11-001 |
| **Footnote Publication Year:** | 2011 |
| **Medium Description:** | These records are divided into five series: Administrative Records, 1945-1951; Restitution Claim Records, 1945-1951; Activity Reports and Related Records, 1945-1950; Records Relating to the Status of Monuments, Museums, and Archives, 1945-1949; and Restitution Research Records, 1945-1950. |
| **Publication Browse Title:** | Ardelia Hall Collection: Munich Administrative Records |
| **Record Group:** | 260 |
| **Short Description:** | NARA M1946. Administrative records, correspondence, denazification orders, custody receipts, property cards, Jewish restitution claim records, property declarations, and other records from the Munich CCP. |
| **Roll:** | 0065 |
| **Image Title:** | Page 111 |
| **Original data from:** | [The National Archives (http://www.archives.gov)](http://www.archives.gov) |

# EXHIBIT 10

*L. Moser*

dV/WB

Aan het Nederlands Beheersinstituut
Neuhuyskade 94
's-Gravenhage.

T.a.v. de Heer Mr. E.G. Wesselink.

        Hierbij doe ik U toekomen afschrift van
een door de Vice-Consul van de Ver. Staten van
Amerika in Amsterdam gelegaliseerd schrijven van
de Heer Hugo Moser, waarin hij om teruggave ver-
zoekt van een door de Stichting Nederlands Kunst-
bezit uit Duitsland teruggevoerd schilderij van
Belotto, voorstellende "Marktplein te Pirna".

        Op grond van deze verklaring en op grond
van inlichtingen, die ik over deze aangelegenheid
heb ingewonnen, zie ik persoonlijk geen bezwaar
tegen afgifte van genoemd stuk.

        Gaarne zie ik Uw machtiging hiervoor tege-
moet.

                        De Directeur der
                  STICHTING NEDERLANDS KUNSTBEZIT



                        Dr. A.B. de Vries.

Bijlage: 1 afschrift.



nationaal archief
Den Haag

Kopie van origineel

Archief: ...S.N.K...........................
Toegangsnr.: ..2.08.42...............
Inv.nr.: ......16o.........................
..............................................

Handtekening ambtenaar

.................................(R. Janssen).......

Datum ..10 december 2021.....

Mr. Edward C. Wilkinson,
            American Embassy,
            7, Beneordenhoutscheweg,

                                                        The Hague

Dear Sir,

        In reply to your letter from September 23rd in the matter
of Mr. Mosen's request about a painting lost during the German
occupation, I can tell you that indeed a painting by Bernardo
Bellotto depicting the market square at Pirna has been found in
Munich, and has been brought to Holland.

        According our files this painting was sold by the firm
Goudstikker during the war to the Almas Dietrich Gallery at Munich.

        I wrote to Goudstikker asking them to find out from whom
this firm got the painting. It is possible that the Germans took
the painting from Mr. Fechner, and that it was sold to Goudstikker.
As soon as I get an answer, I will let you know.

        As a private information I want to tell you that we have
to be very careful with this gentleman, and if it really appears
that this painting is Mr. Moser's, we insist that Mr. Moser has
to produce the most detailed information.

                                Very truly Yours,

                                The Acting Director of the
                        STICHTING NEDERLANDSCH KUNSTBEZIT

                        (Dr. R.F.P. de Beaufort)





**THE FOREIGN SERVICE**
**OF THE**
**UNITED STATES OF AMERICA**

GEZIEN
4 DEC 1947
B....W.

American Embassy
The Hague, December 2, 1947

Stichting Nederlandsche Kunstbezit,
    Keizersgracht 105,
      Amsterdam.

Gentlemen:

    Reference is made to your letter dated
September 27, 1947 and the conversation by telephone
between an officer of your agency and a member of
the embassy staff, in connection with a certain
painting by Bellotto, claimed by Mr. Hugo L. Moser
of 120 Central Park South, New York.

    The Embassy thanks you most sincerely for the
information you very kindly furnished it. Mr. Moser
has meanwhile been informed of the facts of the case.
Should any further information regarding this matter
be received, the Embassy will not fail to keep you
posted.

Very truly yours,

Edward C. Wilkinson
Commercial Attache





Mevr. Rosen - Mosen

Huster zonder middelen

in 1939 achtergelaten.

—

Waardevol bezit op naam

onder vrouw bij de /rechter

—

Waardevolste naam U.S.A.

—

restant Van Kempang, Haarbad

onder toezicht van (duitsche ~~duitsche~~

Vennlile bij Rosen.

—

Duitsche Dienstbode in 1942 naar

Duitschland vertrokken en de fam.

Rosen, hiervoor wonend op de Van

Kemweg, ging naar Baarn, waarvan

zij moesten evacueeren, Deze waren zonder

middelen.

<span style="color:red">Mosek</span>
<span style="color:red">f. 6000,=</span>
<span style="color:red">Onsulent</span>



IV. I am asked to establish my property rights to the painting. From your letter I see that I am at least considered the original owner of the painting. As I insist that I never gave my permission to Mr. Rosen, nor anybody else, to sell the painting, it would appear that any sale of the painting was illegal. The firm of Goudstikker apparently knew that the painting was my property; before "buying" the painting they should have asked for a written authorization signed by me that Mr. Rosen could dispose of the painting.

V. My position in this matter is the following: Due to the war I have lost considerable property in the Netherlands. The Belotto painting is the first lost item to show up again. I know that I never consented to its sale and that it therefore is my property. Whoever holds it at the moment holds it illegally. It is unfortunate, also from this point of view, that Mr. Fechner and Mr. Rosen are dead. But the fact that Mr. Rosen sold the painting without my permission should not be taken against my rightful property rights.

VI. Another point is this: I assume the painting was "sold" by Mr. Rosen after the German invasion. Mr. Goudstikker - as is widely known - died while trying to escape to England on May 11, 1940. Therefore the painting must have been "sold" to whoever had taken over the firm of Goudstikker which possibly may have been the Germans or their associates. In this connection I would like to know who actually holds the painting today.

I would appreciate it very much, Sir, if these statements could be transmitted to the Dutch authorities. I am sorry to involve the Embassy in this rather complicated matter. I am looking forward for any further information you may be able to give me in this affair, in order that I can get my painting back.

I remain Sir,

Very truly yours,

/s/ Hugo L. Moser

Hugo L. Moser

Subscribed to and sworn to before
me this 19 day of Dec 1947.
/s/ Calvin Berger

Calvin Berger, Notary Public
in State of New York, Residing in Kings Co.
Kings Co. Clk's No. 121 Reg. No. 199-B-8
........ in N.Y. Co. No. 290 Reg. No.197-B-8
Commission Expires March 30, 1948



Apartment 6-D
120 Central Park South
New York 19, N.Y.

December 18, 1947.

Airmail - registered

Mr. Edward C. Wilkinson
Commercial Attaché
American Embassy
The Hague, Netherlands

Dear Sir:

Thank you for your letter of November 14, 1947 in which you state that my Belotto painting has been located, and is at the moment in the Netherlands.

In connection with the further information received by you in this respect from the Dutch authorities, I would like to make the following statements:

I. As I stated in my first letter the painting involved has been my property since 1928, when I purchased it at Lepke's Kunstauktionshaus, Berlin. In December 1939 I gave the painting to Mr. Fechner, art restorer at Amsterdam. When I left Holland in February 1940 I left the painting with Mr. Fechner without giving him any further instructions, as at that time I could not know that I would not return to Holland. Since the liberation I have had no further news about the painting, except that Mr. Fechner had been shot by the Germans. From your letter I was informed for the first time that Mr. Rosen (not Roozen) was involved.

II. Mr. G. Rosen, my brother-in-law (not cousin) was living in Holland since 1938. My relations with him had been strained as I suspected him of mistreating his wife, my sister. After I left Holland in February 1940 I only corresponded with his wife, and business matters were never discussed. Anyhow this correspondence was limited to a few letters, and cards due to the war emergency. Early in the war Mr. and Mrs. Rosen were deported by the Germans and Dutch authorities have informed me that both were exterminated by the Nazis in the East in the usual way. Their son, Ernst Rosen, now in Palestine, survived; however, according to his own statements he does not recall any business transactions of his father as he himself was "underground" most of the time.

III. I never gave Mr. Rosen permission to sell any of my property. As a matter of fact I never realized that Mr. Rosen knew the art restorer Fechner, to whom I had brought the painting. It is quite possible that the firm of Goudstikker "bought" the painting, but this took place under the false assumption that I consented to the sale. I knew nothing about it.

IV. ....



*Moser*

### THE FOREIGN SERVICE
### OF THE
### UNITED STATES OF AMERICA

AMERICAN EMBASSY
THE HAGUE
December 30, 1947.

1 JAN 1948

Stichting Nederlandsch Kunstbezit,
    Keizersgracht 105,
        AMSTERDAM.

Gentlemen:

With further reference to your letter of September
27, 1947 and the conversation by telephone between an
officer of your agency and a member of the Embassy staff,
concerning a certain painting by Belotto, claimed by Mr.
Hugo L. Moser of 120 Central Park South, New York, the
Embassy is pleased to inform you that it has received a
sworn statement from Mr. Moser, dated December 18, 1947,
a copy of which is enclosed for your information.

As will be observed from this statement, Mr. Moser
emphatically disputes the point that he authorized a
certain Mr. Rosen to dispose of the painting.

The Embassy would appreciate it, greatly, if you
would kindly inform it of your decision in this matter.

Very truly yours,
For the Ambassador:

C. Wilkinson
Edward C. Wilkinson
Commercial Attaché

Enclosure: copy of statement by
    Mr. Hugo L. Moser.



Form No. 88
FOREIGN SERVICE
(Revised January 1912)

# Certificate of Acknowledgment of Execution of an Instrument

KINGDOM OF THE NETHERLANDS
CITY OF AMSTERDAM
CONSULATE GENERAL OF THE
UNITED STATES OF AMERICA

SS: } ss:

(Name of foreign service office)

I, _____ SLATOR C. BLACKISTON, Jr. _____, _____ Vice Consul _____

of the United States of America at _____

duly commissioned and qualified, do hereby certify that on this _____ 21 st

day of _____ May, 1948 _____, before me personally appeared _____ Serge

_____ L. Nillöser _____

to me personally known, and known to me to be the individual... described in, whose

name _is_ subscribed to, and who executed the annexed instrument, and being

informed by me of the contents of said instrument _he_ duly acknowledged to me

that _he_ executed the same freely and voluntarily for the uses and purposes

therein mentioned.

In witness whereof I have hereunto set my hand and

official seal the day and year last above written.

_____

SLATOR C. BLACKISTON, Jr.

Vice Consul _____ of the United States of America.

EE NO. 28, TWO DOLLARS (fl 5,40)
_____ No. 3626

NOTE.—Wherever practicable all signatures to a document should be included in one certificate.

U. S. GOVERNMENT PRINTING OFFICE   16—15041-1





The Hague, 21 May 1948

Dr. A. B. de Vries
Stichting Nederlands Kunstbezit
Keizersgracht 105 - Amsterdam

This is to certify that I am giving Mr. Henry L.
MASON, 193 Kon. Wilhelminalaan, Voorburg, Z.H., power of
attorney to act in my behalf in any matter which concerns the
recovery of my lost property in the Netherlands, especially
also in the case of the Belotto painting " Market square of
Pirna" which I am reclaiming from your institute.

After the completion of the formalities of recovery
the Belotto should be handed over to Mr. Mason, who will take care
of its transfer to me.

Hugo L. Moser

Hugo L. Moser
120 Central Park South
New York , NY
Apt 6 D



# HET NEDERLANDSE BEHEERSINSTITUUT

's-GRAVENHAGE,
NEUHUYSKADE 64

HOOFDKANTOOR
TELEFOON 774535
GIRO 86085

HL. 58619   3.6.48

Bij beantwoording het omlijnde nauwkeurig overnemen.

Afd.
Onderwerp: Beheer restitutie Hugo L. Moser,
Bijlagen: New York
Uw ref: -
d.d. dV/WB.
31.5.48

Aan de Stichting Nederlandsch
Kunstbezit,

Keizersgracht 105,

__AMSTERDAM.__

GEZIEN
5 JUN 1948
BEA.

Wij hebben voor de goede orde bij de beheerders der D.R.T. geïn-
formeerd of de Heer Moser mogelijk bij die instelling is gecrediteerd, en
komen na ontvangen antwoord op de zaak terug.

De Directie van het
NEDERLANDSE BEHEERSINSTITUUT
Vóór deze:-

Mr.E.G.Wesselink

T.26596/Wes/GS.



_Moser_ 10 September 48

1154/S/WG

Op 31 Mei j.l. heb ik U
om advies verzocht, inzake het schilderij
van Belotto, voorstellende "Marktplein
van Pirna".

Aangezien ik hierop tot
op heden geen antwoord mocht ontvangen,
zij het mij vergund hierop nogmaals Uw
aandacht te vestigen.

De Wnd.Directeur der
STICHTING NEDERLANDS KUNSTBEZIT

Kol.Ir.L.F.Otto.

Het Nederlandse Beheersinstituut
Neuhuyskade 59
's-GRAVENHAGE.
-------------------
t.a.v. Mej.Mr.M.L.van Dijk



25 July 1948

Stichting Nederlands Kunstbezit
Keizersgracht 105- Amsterdam

Dear Sir,

As the representative of Mr. Hugo Moser in the recovery of his Belotto painting "Market Square of Pirna" , I would like to enquire how soon Mr. Moser can count on receiving the painting.

At the time of Mr. Moser's interview with the director of the Stichting Nederlands Kunstbezit in May 1948, he was told that about 6 weeks would be required to fulfill the necessary formalities. Mr. Moser is returning to tne United States in September, and would like to take the painting with him at that time.

On 21 May 1948, two statements, certified by the United States Consulate General at Amsterdam, were forwarded to the director, Stichting Nederlands Kunstbezit; one contained a detailed exposition of Mr. Moser's claim on the Belotto; the second gave me power to act as Mr. Moser's representative in this matter.

Especially in view of recent developments I would appreciate to get some information on the progress in this matter.

Very truly yours

Henry L. Mason
Henry L. MASON
193 Kon. Wilhelminalaan
Voorburg (Z.H.)

STICHTING NED. KUNSTBEZIT
DATUM
INGEKOMEN
No. 317



# HET NEDERLANDSE BEHEERSINSTITUUT

's-GRAVENHAGE,
NIEUHUYSKADE 94

HOOFDKANTOOR
TELEFOON 774535
GIRO 86085

Bij beantwoording het omlinde nauwkeurig overnemen.

Afd.
Onderwerp:
Bijlagen:
Uw ref.:
d.d.



15 Sept.        48

1167/B/WG

<u>Schrijven dd. 31/5'48, inzake restitutie
schilderij van Hugo Moser.</u>

       U zult mij zeer verplichten
met Uw antwoord op mijn bovenaangehaald
schrijven.

              De Wnd.Directeur der
    STICHTING NEDERLANDS KUNSTBEZIT

              Kol.Ir.L.F.Otto

Het Nederlandse Beheersinstituut
Neuhuyskade 94
's-GRAVENHAGE-
----------------------



15 September    48

1175/S/WG

With reference to your letter
of the 25th of July I'am sorry to inform
you that this matter has not yet been
arranged.

Owing to some difficulties
which have arisen at our office I'am *was*
not able to take the matter up earlier.

As soon as possible I will
communicate with you again.

The acting Director of the
STICHTING NEDERLANDS KUNSTBEZIT

Colonel Ir.L.F.Otto.

Mr.Henry L.Mason
193 Kon. Wilhelminalaan
Voorburg (Z.H.)
---------------------



HUGO BOSIE

Volgens de Heer Baning gereed tot afwikkeling. Staat de eigen-
dom voldoende vast. Hoe komen wij tot taxatie van de tegenwoordige
waarde? Er is geen tegenprostatie, zie brief Ned.Pol.Instituut.

WBS.



24 Februari 1949

Hugo Moser.

schilderij door Bernard Belotto, Market-
square at Pirna, getaxeerd op f.8000.-- à f.9000.--
(volgens de Heer D.F.Lunsingh Schuerleer. )

WS



**Part C. TOTAL INDEBTEDNESS TO FOREIGN PERSONS SECURED BY PROPERTY REPORTED IN PART B (Instruction 5).**

|  | As of May 31, 1943 | |
|---|---|---|
|  | (a)<br>*Face amount of*<br>*indebtedness* | (b)<br>*Book, market, or*<br>*estimated value*<br>*of security*<br>*(In United States dollars)* |
| 1. Classes A through H | | 10 |
| 2. Class J | | 90 |

**Part D. DESCRIPTION OF PROPERTY LISTED IN PART B, EXCEPT CLASS A (Instruction 6).**

| *Type*<br>*Number*<br><br>(a) | *Description of each property item, including number of units, date*<br>*acquired (if subsequent to January 1, 1935), and location*<br><br>(b) | *Property held as of May 31, 1943*<br>*Cost or face*<br>*value,*<br>*as required*<br>(c) | *Book, market, or*<br>*estimated value, as*<br>*required*<br>*(In United States dollars)*<br>(d) |
|---|---|---|---|
| 1B | One painting by | | |
|  | Belotto "Market Place of Pirna" | | |
|  | at Max Fechner, Keizersgracht 518, Amsterdam, Holland | | |
|  | Cost (1928) appr. R.M. 5,500.- | 1,375.- | appr. 1,750.- |

(Additional items should be listed on the continuation sheet issued for the purpose)

**Part E. ADDITIONAL INFORMATION CONCERNING PROPERTY ITEMS (Instruction 7).**

1. State the name, address, and citizenship of each person, other than the person named in Part A, having any interest whatsoever, in any item of property listed in Part D (except property in Class I), including any indebtedness secured by the property. Describe each such interest.

2. If any property listed in Part D is believed to have been damaged, destroyed, or seized between January 1, 1938, and May 31, 1943, as a result of war or a "scorched-earth" policy carried on by any country, or of any confiscatory action or duress by a country which on May 31, 1943, was at war with the United States or was occupied by a country at war with the United States, describe the circumstances fully.



# FORM TFR-500: CENSUS OF PROPERTY IN FOREIGN COUNTRIES

## SERIES B: DETAILED PROPERTY REPORT

**Submit a separate report with respect to each foreign jurisdiction in which any property was located. (Instruction 1)**

*In preparing this report examine carefully the instructions in Public Circular No. 22 (or, when appropriate, in the abridged circular), particularly the specific instructions for this series appearing in Section VII (Section IV of the abridged circular)*

Report Number..... 2
Jurisdiction.....
NETHERLANDS
(Instruction 2)

| For Treasury Use | |
|---|---|
| | 2 |
| Jrmts. | 3 |

**Part A. INFORMATION CONCERNING OWNER OF PROPERTY REPORTED (Instruction 3).**

1. Name ..... HUGO MOSER .....
(Same as on Series A)

2. Address ..... 112 CENTRAL PARK SOUTH ..... NEW YORK ..... NEW YORK .....
(Same as on Series A)

**Part B. PROPERTY TYPES (Instruction 4).**

| Type Number | Property type | Property held as of May 31, 1943 (a) Cost or face value, as required (In United States dollars) | (b) Book, market, or estimated value, as required | |
|---|---|---|---|---|
| | **Class A. INTERESTS IN ALLIED FOREIGN ORGANIZATIONS (from Series C):** | | | |
| | *Individuals whose property in all foreign jurisdictions had a total value less than $50,000 may completely disregard property types 1 and 2 (Instruction 4C in abridged circular).* | | | |
| 1. | Corporations, associations, and similar organizations | | | 11 |
| 2. | Branches | | | 12 |
| 3. | Partnerships | | | 13 |
| | **Class B. BULLION, CURRENCY, AND DEPOSITS:** | | | |
| 4. | Bullion | | | 21 |
| 5. | Currency and coin not repudiated | | | 22 |
| 6. | Demand deposits | | | 23 |
| 7. | Other deposits | | | 24 |
| | **Class C. SECURITIES (other than Classes A and J):** | | | |
| 8. | Government securities | | | 31 |
| 9. | Government guaranteed corporate bonds | | | 32 |
| 10. | Corporate bonds, exclusive of type 9 | | | 33 |
| 11. | Corporate shares | | | 34 |
| 12. | Warrants, scrip, rights, options, and other securities | | | 35 |
| | **Class D. RECEIVABLES AND CLAIMS (other than Classes A and J):** | | | |
| 13. | Notes | | | 41 |
| 14. | Accounts and bills receivable | | | 42 |
| 15. | Letters of credit | | | 43 |
| 16. | Other claims and demands | | | 44 |
| | **Class E. MISCELLANEOUS PERSONALTY:** | | | |
| 17. | Options and futures in commodities | | | 51 |
| 18. | Goods and merchandise | 1,375.- | 1,750.- | 52 |
| 19. | Machinery and equipment | | | 53 |
| 20. | Jewelry and objects of art for personal use | | | 54 |
| 21. | Liens on and claims to personalty, not otherwise classified | | | 55 |
| | **Class F. REAL PROPERTY, MORTGAGES, AND OTHER RIGHTS TO LAND:** | | | |
| 22. | Land and buildings for personal use | | | 61 |
| 23. | Land and buildings, other than for personal use | | | 62 |
| 24. | Mortgages on real property | | | 63 |
| 25. | Other rights to land | | | 64 |
| | **Class G. ESTATES AND TRUSTS:** | | | |
| 26. | Interests in estates and trusts | | | 71 |
| | **Class H. LIFE INSURANCE POLICIES AND ANNUITIES:** | | | |
| 27. | Life insurance policies | | | 81 |
| 28. | Annuities | | | 82 |
| | TOTAL VALUE OF PROPERTY IN CLASSES A THROUGH H (carry to Series A) | 1,375.- | 1,750.- | |
| | **Class I. LICENSE AGREEMENTS, FRANCHISES, AND CERTAIN CONTRACTS:** | | | |
| | If you had an interest in property of any type under Class I, enter the word "Yes" in the appropriate box or boxes below. | | | |
| 29. | Patent license agreements | X X X X X | X X X X X | 01 |
| 30. | Trademark license agreements | X X X X X | X X X X X | 02 |
| 31. | Franchises and concessions | X X X X X | X X X X X | 03 |
| 32. | Certain contracts | X X X X X | X X X X X | 04 |
| | **Class J. PROPERTY ISSUED BY THE UNITED STATES AND PERSONS THEREIN:** | | | |
| 33. | Currency and coin | | | 91 |
| 34. | Government issued and guaranteed bonds | | | 92 |
| 35. | Corporate bonds | | | 93 |
| 36. | Corporate stocks | | | 94 |
| 37. | Negotiable instruments for the payment of money | | | 95 |
| | TOTAL VALUE OF PROPERTY IN CLASS J (carry to Series A) | | | |

Have you reported all your property in the jurisdiction named above which you are called upon to report by the instructions applicable to you? Answer YES or NO ..... YES ..... If your answer is No, explain fully .....

.....
.....
.....
.....

16—24425-1c



Max Fechner
Keizersgracht 518
Amsterdam C.
~~Teb 31643~~
Telefoon 42627

27. 4. 40.

Sehr geehrter Herr Rosen,

zuerst muß ich Ihnen mitteilen, daß ich das
Bild für Herren Moser doch nicht, wie ich zuerst
annahm am Dienstag werde fertig halten können.
Nun ich es intensiv in Arbeit habe, hat sich herausge-
stellt, daß doch viel mehr Arbeit dran ist, als ich zuerst
vermutete. Ich werde es jedenfalls so schnell wie
möglich fertig machen und Ihnen Nachricht geben,
wenn es abgeholt werden kann.

Da ich die Arbeit jetzt besser übersehe kann ich
Ihnen mitteilen daß sich der Preis auf
fl. 50.- belaufen wird. Für den Fall, daß es
Ihnen nicht bekannt ist, möchte ich Ihnen
noch mitteilen, daß in unserem Beruf
Zahlung bei Ablieferung Usance ist

Mit vorzüglicher Hochachtung,

M. Fechner





Doorat, 16. 4. 1949.

Mr. Henry L. Mason
193 Kon. Wilhelmina laan
Voorburg - Holland.

*doorn Nooves*

Dear Henry,
This in reply to your letter about the painting. Yes, I remember your father's painting "Market square of Pirna" by Belotto quite well.

As far as I know, this painting has always been your father's property.

Hoping that this will help you in getting the painting back I remain, with many regards also to your family,

Count Menachem Koren

Kwutsath Doorat
P.O.B 37
Affule - Israel

STICHTING NED. KUNSTBEZIT
INKOMS
2 7 APR 1949
No. 1556

P.S. I have changed my first name from Count to Count - Menachem



29 Maart  49

1714/WS/WG

De Heer H.Mason
Koningin Wilhelminalaan 193
VOORBURG.
--- --- --- --- --- ---

Naar aanleiding van Uw laatste bezoek
kan ik U mededelen, dat de tegenwoordige
waarde van het schilderij door Belotto
wordt getaxeerd op f.8000.-- à f.9.000.--.
Het is mijn bedoeling voor de kosten-
berekening een waarde op te nemen van f.8500.-
zodat U voor terugvoering en verzekering aan
de Stichting Nederlands Kunstbezit zoudt
moeten betalen 2% van f. 8500.-- = f.233.75.
Indien U zich met deze taxatie zult
kunnen verenigen, zoudt U zich reeds nu met
de Deviezenafdeling van de Nederlandse Bank
kunnen verstaan om vergunning te verkrijgen.

De Directeur van de
STICHTING NEDERLANDS KUNSTBEZIT

Dr.J.Jolles.



28 April 1949

**FACTUUR**
740

Hugo L.Moser
120 Central Park South
New York
p/a De Heer H.L.Mason
Kon.Wilhelminalaan 193
VOORBURG
-- --- --------- --

　　　　Voor bijdrage in de algemene kosten van
terugvoering uit Duitsland, benevens beheerskosten
van

1 schilderij door Belotto "Marktplein van Pirna"

getaxeerde waarde fl.8500.--

2¾ van fl.8500.-- = f. 233.75
　　　　　　　　--------------

welke bedrag U aan de Stichting Nederlands Kunstbezit
gelieve te voldoen.

STICHTING
NEDERLANDSCH
KUNSTBEZIT



11. dat hij de Stichting Nederlands Kunstbezit en haar
organen, alsmede de Nederlandse Staat en al diens
organen zal schadeloos stellen voor alle aanspraken
die jegens deze terzake van het gemeld schilderij
zijn of mochten worden gericht;

12. dat hij terzake van vermeld schilderij geen aanvrage
tot vergoeding van oorlogsschade heeft ingediend.

Aldus in tweevoud opgemaakt
te 's-Gravenhage
dd. 28 April 1949                    Handtekening van de ontvanger:



<u>VERKLARING VAN ONTVANGST</u>

De ondergetekende, de Heer H.L.Mason wonende
te Voorburg, Kon.Wilhelminalaan 193, gemachtigde van de
Heer Hugo L.Moser verklaart van de Stichting Nederlands
Kunstbezit ontvangen te hebben het navolgende schilderij:

"Marktplein van Pirna" door Belotto

en voorts

1. dat de Heer Hugo L.Moser, vóórdat het schilderij in
handen der Duitsers is gekomen enig rechtmatig eigenaar
van dit schilderij was;

2. dat dit schilderij bij de bezetting van Nederland ter
restauratie was gegeven aan de Heer Max.Fechner, Keizers-
gracht 516 te Amsterdam-C;

3. dat de restauratie niet gereed was gekomen toen de Heer
Moser Nederland voor de bezetting verliet;

4. dat blijkbaar de Heer Fechner dit schilderij in handen
heeft gesteld van de Heer en Mevrouw Rosen, zijnde
Mevrouw Rosen een zuster van de Heer Moser;

5. dat de Heer Rosen door bemiddeling van de Heer J.B.
Bier te Haarlem zonder daartoe gemachtigd te zijn geweest
dit schilderij heeft verkocht en dat de opbrengst ad.
f.600.— aan de Heer Rosen is ter hand gesteld;

6. dat de Heer en Mevrouw Rosen zijnde zonder middelen van
bestaan dit bedrag voor levensonderhoud hebben gebruikt;

7. dat van de opbrengst van vermeld schilderij niets is
ten goede gekomen aan het vermogen van de Heer Moser;

8. dat door hem aan de Stichting Nederlands Kunstbezit te
's-Gravenhage betaald is als bijdrage in de algemene
kosten van terugvoering en beheer 2½ van de getaxeerde
waarde ad. f. 8500.— van dit schilderij aldus f.233.75;

9. dat de Heer Hugo Moser als zijn rechthebbendendoor het
in ontvangst nemen van dit schilderij afziet van iedere
invordering van de oorspronkelijke opbrengst ad. f.600.—,
daar op het vermogen van de Heer en Mevrouw Rosen geen
enkel verhaal meer mogelijk is;

10. dat hij voor zich en zijn rechtverkrijgen prijs geeft
alle aanspraken, die hij jegens de Stichting Nederlands
Kunstbezit en haar organen, alsmede jegens de Nederlandse
Staat en al diens organen mocht hebben of verkrijgen
ternake van schade aan vermeld schilderij of uit welke
andere oorzaak met dit schilderij samenhangende;

Z.O.Z.



no. 1870/MS/WG
postrekening: 99588

<u>AANTEKENEN</u>

De Heer H.L.Mason
Kon.Wilhelminalaan 193
VOORBURG.
------------

      Inliggend vindt U een verklaring van ontvangst
in viervoud (2 gezegelde en 2 ongezegelde) voor het schilderij
door Belotto "Marktplein van Pirna".

      Indien U zich met de inhoud kunt verenigen, verzoek
ik U mij deze exemplaren getekend te willen terugzenden en
mij het bedrag ad. f. 233.75 te vergoeden.

      Zodra de verklaringen van ontvangst in mijn bezit
zijn worden deze geregistreerd en ontvangt U één ex. voor Uw
archief terug.

      Nadat deze formaliteiten vervuld zijn, ontvangt U
een volgbriefje, waarop U bovengenoemd schilderij bij het
Rijksmuseum te Amsterdam kunt doen afhalen.

          De Directeur van de
          STICHTING NEDERLANDS KUNSTBEZIT

          Mr.J.Jolles.

Bijlagen: 5



11. dat hij de Stichting Nederlands Kunstbezit en haar organen, alsmede de Nederlandse Staat en al diens organen zal schadeloos stellen voor alle aanspraken die jegens deze terzake van het gemeld schilderij zijn of mochten worden gericht;

12. dat hij terzake van vermeld schilderij geen aanvrage tot vergoeding van oorlogsschade heeft ingediend.

Aldus in tweevoud opgemaakt
te 's-Gravenhage
dd. 28 April 1949

Handtekening van de ontvanger:

*Heug d. Mason*



VERKLARING VAN ONTVANGST

De ondergetekende, de Heer H.L.Mason wonende
te Voorburg, Kon.Wilhelminalaan 193, gemachtigde van de
Heer Hugo L.Moser verklaart van de Stichting Nederlands
Kunstbezit ontvangen te hebben het navolgende schilderij:

"Marktplein van Pirna" door Belotto

en voorts

1. dat de Heer Hugo L.Moser, vóórdat het schilderij in
handen der Duitsers is gekomen enig rechtmatig eigenaar
van dit schilderij was;

2. dat dit schilderij bij de bezetting van Nederland ter
restauratie was gegeven aan de Heer Max.Fechner, Keizers-
gracht 518 te Amsterdam-C;

3. dat de restauratie niet gereed was gekomen toen de Heer
Moser Nederland voor de bezetting verliet;

4. dat blijkbaar de Heer Fechner dit schilderij in handen
heeft gesteld van de Heer en Mevrouw Rosen, zijnde
Mevrouw Rosen een zuster van de Heer Moser;

5. dat de Heer Rosen door bemiddeling van de Heer J.B.
Bier te Haarlem zonder daartoe gemachtigd te zijn geweest
dit schilderij heeft verkocht en dat de opbrengst ad.
f.600.-- aan de Heer Rosen is ter hand gesteld;

6. dat de Heer en Mevrouw Rosen zijnde zonder middelen van
bestaan dit bedrag voor levensonderhoud hebben gebruikt;

7. dat van de opbrengst van vermeld schilderij niets is
ten goede gekomen aan het vermogen van de Heer Moser;

8. dat door hem aan de Stichting Nederlands Kunstbezit te
's-Gravenhage betaald is als bijdrage in de algemene
kosten van terugvoering en beheer 2½% van de getaxeerde
waarde ad. f. 8500.-- van dit schilderij aldus f.233.75;

9. dat de Heer Hugo Moser als zijn rechthebbenden door het
in ontvangst nemen van dit schilderij afziet van iedere
invordering van de oorspronkelijke opbrengst ad. f.600.--,
daar op het vermogen van de Heer en Mevrouw Rosen geen
enkel verhaal meer mogelijk is;

10. dat hij voor zich en zijn rechtverkrijgen prijs geeft
alle aanspraken, die hij jegens de Stichting Nederlands
Kunstbezit en haar organen, alsmede jegens de Nederlandse
Staat en al diens organen mocht hebben of verkrijgen
terzake van schade aan vermeld schilderij of uit welke
andere oorzaak met dit schilderij samenhangende;

Z.O.Z.



11. dat hij de Stichting Nederlands Kunstbezit en haar
    organen, alsmede de Nederlandse Staat en al diens
    organen zal schadeloos stellen voor alle aanspraken
    die jegens deze terzake van het gemeld schilderij
    zijn of mochten worden gericht;

12. dat hij terzake van vermeld schilderij geen aanvrage
    tot vergoeding van oorlogsschade heeft ingediend.

Aldus in tweevoud opgemaakt
te 's-Gravenhage
dd. 26 April 1949                     Handtekening van de ontvanger:

                                      Henry L. Mason



# VERKLARING VAN ONTVANGST

De ondergetekende, de Heer H.L.Mason wonende te Voorburg, Kon.Wilhelminalaan 193, gemachtigde van de Heer Hugo L.Moser verklaart van de Stichting Nederlands Kunstbezit ontvangen te hebben het navolgende schilderij:

"Marktplein van Pirna" door Belotto

en voorts

1. dat de Heer Hugo L.Moser, vóórdat het schilderij in handen der Duitsers is gekomen enig rechtmatig eigenaar van dit schilderij was;

2. dat dit schilderij bij de bezetting van Nederland ter restauratie was gegeven aan de Heer Max.Fechner, Keizersgracht 518 te Amsterdam-C;

3. dat de restauratie niet gereed was gekomen toen de Heer Moser Nederland voor de bezetting verliet;

4. dat blijkbaar de Heer Fechner dit schilderij in handen heeft gesteld van de Heer en Mevrouw Rosen, zijnde Mevrouw Rosen een zuster van de Heer Moser;

5. dat de Heer Rosen door bemiddeling van de Heer J.B. Bier te Haarlem zonder daartoe gemachtigd te zijn geweest dit schilderij heeft verkocht en dat de opbrengst ad. f.600.-- aan de Heer Rosen is ter hand gesteld;

6. dat de Heer en Mevrouw Rosen zijnde zonder middelen van bestaan dit bedrag voor levensonderhoud hebben gebruikt;

7. dat van de opbrengst van vermeld schilderij niets is ten goede gekomen aan het vermogen van de Heer Moser;

8. dat door hem aan de Stichting Nederlands Kunstbezit te 's-Gravenhage betaald is als bijdrage in de algemene kosten van terugvoering en beheer 2% van de getaxeerde waarde ad. f. 8500.-- van dit schilderij aldus f.233.75;

9. dat de Heer Hugo Moser als zijn rechthebbende door het in ontvangst nemen van dit schilderij afziet van iedere invordering van de oorspronkelijke opbrengst ad. f.600.--, daar op het vermogen van de Heer en Mevrouw Rosen geen enkel verhaal meer mogelijk is;

10. dat hij voor zich en zijn rechtverkrijgen prijs geeft alle aanspraken, die hij jegens de Stichting Nederlands Kunstbezit en haar organen, alsmede jegens de Nederlandse Staat en al diens organen mocht hebben of verkrijgen terzake van schade aan vermeld schilderij of uit welke andere oorzaak met dit schilderij samenhangende;

Z.O.Z.



29 April          49

, toestel 98

1878/WG

De Heer H.L.Mason
Kon.Wilhelminalaan 193
VOORBURG.

   Ingesloten doe ik U een bewijs
toekomen, waarop U het schilderij door
Belotto "Marktplein te Pirna" bij het Rijks-
museum te Amsterdam kunt doen afhalen.

   Ik moge U erop attent maken, dat
het schilderij links onderaan licht beschadigd
is.

   De Directeur van de
   STICHTING NEDERLANDS KUNSTBEZIT

   Mr.J.Jolles.

Bijlage: 1



Toestemming tot afgifte van:
Schilderijen/Voorwerpen.

· · · · · · · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · · · · · · · · · ·

Aan: · · · · · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · · · · · · · · · ·

Stichting Nederlands Kunstbezit

Mr.J.Jolles (D.F.Lunsingh-
Scheurleer)

· · · · · · · · · · · · · ·april· · · · · · ·194 9

Afgeg.door: Ontv.door:

Dat.                Dat.

Handt.              Handt.

1. Inventaris-beheer.
2. Idem (terugzenden aan Stichting)
3. Documentatie St.N.K.
4. Requ - administratie.
5. Dossier - archief.
6. Rijksmuseum.



AG-007-MGBPR/B                                            12 May 1949

SUBJECT:  Restitution of the Painting, Canaletto, "Marktplatz
          in Pirna", 10th shipment, 15 April 1946, Dutch
          running No.2476, Munich No.4411, according to
          Aagifte Formulier No.7056 Goudstikker.

TO      :  Commissioner General for Netherlands, Economic
           Recuperation, Keizersgracht 569-571, Amsterdam C

        1.  Reference is made to the above subject painting, which
was restituted to the Netherlands on 15 April 1946.

        2.  The information which was on hand at that time was
received from the art dealer Almas-Dietrich, who supposedly
purchased it from Goudstikker on 4 July 1942 for fl. 1,763.38.

        3.  According to information which we now have on hand
from the catalogue of the Linz collection, this painting was
acquired from Karl Haberstock in Berlin. The painting was
formerly in the castle of Anhalt as property of the Duke of
Anhalt-Dessau and was exhibited in the art collection of
Caspari, Munich. According to the statement of Haberstock the
painting was acquired in Dresden.

        4.  The restituted painting is listed as No.35 in the
Linz collection, one of the group of first paintings acquired
for the Linz collection before the war. According to infor-
mation on hand the first 400 paintings were acquired during
the years 1935-37.

        5.  It would seem that the painting restituted to Holland
on 15 April 1946 cannot be the same one which was acquired
by the art dealer Almas-Dietrich. Unless your office can furnish
definite proof that this is the painting acquired by Almas-Diet-
rich, it is requested that it be returned to the Munich Central
Collecting Point as falling into the category as German owned
prior to the occupation to the Netherlands.

                    FOR THE LAND DIRECTOR:


                                    STEFAN P KUNSING
                                    Chief, Monuments, Fine
                                    Arts and Archives Section
                                    Restitution Branch

1 Incl:
   Photo of painting
   in question
Tel: MM 4-389



The Hague,  21 May 1948

Dr. A.B. de Vries
Stichting Nederlands Kunstbezit
Keizersgracht 105 - Amsterdam.


I, Hugo L. Moser, of Apt 6 D, 120 Central Park South, New York,
NY, certify herewith:

1. that I am a citizen of the United States of America, bearer of
US passport No 6/643   ;

2. that I am the legal owner of the Belotto painting " Market square
of Pirna"  which I purchased in 1928 ;

3. that I left the Netherlands on 2 February 1940 ; that the occupation
of the Netherlands made my return to Holland impossible;

4. that I left the Belotto in Dec. '39 or Jan. '40 with Mr. Fechner ,
art restorer, of Amsterdam, in order to have it restored and cleaned;
that this Mr. Fechner, a person of Jewish origin, has died during the
occupation, according to information received by me from reliable source;
that I have not the slightest idea what happened to the painting after
10 May 1940, and that the first news about the painting was given to me
by the Stichting Nederlands Kunstbezit , through the US Embassy, in 1947;

5. that I never gave Mr. Fechner, nor any other person, permission to
sell the painting;  that I never received any financial recompensation
for the "sale" of the painting, nor any other transaction with it ; that
Mr. Fechner had no other instructions than to restore and clean the
Belotto and then return it to me;

6. that since 1928 I have always been the sole legal owner of the
painting; that I have never given it in pawn, or in loan;  that no one
ever had any claims against the painting since I purchased it.

*Hugo L. Moser*

: Subscribed and sworn to before me,
SLATOR C. BLACKISTON, Jr. Vice Consul of
the United States of America in
and for the City of Amsterdam,
Netherlands, duly commissioned
and qualified, this 21st

day of *May*          19 48, A. D.

Hugo L. Moser
C/o Mason
193 Kon. Wilhelminalaan
Voorburg Z.H.

SLATOR C. BLACKISTON, Jr.
Vice Consul of the United
States of America,
Amsterdam, Netherlands.

CONSULATE GENERAL OF THE UNITED STATES
AMERICAN
FOREIGN SERVICE
$2.00    1018
FEE STAMP
AMSTERDAM, NETHERLANDS

Item no. 24
Service no. 3627
Fee $ 2 -  ($1o 5.40 )



Incl 1







KINGDOM OF THE NETHERLANDS
CITY OF AMSTERDAM
CONSULATE GENERAL OF THE    ss
UNITED STATES OF AMERICA

The Hague,    21 May 1948

Dr. A.B. de Vries
Stichting Nederlands Kunstbezit
Keizersgracht 105 - Amsterdam.


I, Hugo L. Moser, of Apt 6 D, 120 Central Park South, New York,
NY, certify herewith:

1. that I am a citizen of the United States of America, bearer of
US passport No 6/643   ;

2. that I am the legal owner of the Belotto painting " Market square
of Pirna"  which I purchased in 1928 ;

3. that I left the Netherlands on 2 February 1940 ; that the occupation
of the Netherlands made my return to Holland impossible;

4. that I left the Belotto in Dec. '39 or Jan. '40 with Mr. Fechner ,
art restorer, of Amsterdam, in order to have it restored and cleaned;
that this Mr. Fechner, a person of Jewish origin, has died during the
occupation, according to information received by me from reliable source;
that I have not the slightest idea what happened to the painting after
10 May 1940, and that the first news about the painting was given to me
by the Stichting Nederlands Kunstbezit , through the US Embassy, in 1947;

5. that I never gave Mr. Fechner, nor any other person, permission to
sell the painting;  that I never received any financial recompensation
for the "sale"  of the painting,nor any other transaction with it ; that
Mr. Fechner had no other instructions than to restore and clean the
Belotto and then return it to me;

6. that since 1928 I have always been the sole legal owner of the
painting; that I have never given it in pawn, or in loan; that no one
ever had any claims against the painting since I purchased it.

Hugo L. Moser

Subscribed and sworn to before me,
SLATOR C. BLACKISTON, Vice Consul of
the United States of America in
and for the City of Amsterdam,
Netherlands, duly commissioned
and qualified, this

Hugo L. Moser
C/o Mason
193 Kon. Wilhelminalaan
Voorburg Z.H.

day of  May          19 48 , A. D.

SLATOR C. BLACKISTON,
Vice Consul of the United
States of America,
Amsterdam. Netherlands.

Item no.
Service no.  3627
Fee $

CONSULATE GENERAL OF THE UNITED STATES

1948

AMSTERDAM, NETHERLANDS



OFFICE OF MILITARY GOVERNMENT FOR BAVARIA
PROPERTY DIVISION
RESTITUTION BRANCH   MFA&A  SECTION
MUNICH GERMANY        APO 407-A      US ARMY      SPM/mw

AG-007-MGBPR/B                              12 May 1949

SUBJECT:  Restitution of the Painting, Canaletto, "Marktplatz
          in Pirna", 10th shipment, 15 April 1946, Dutch
          running No.2476, Munich No.4411, according to
          Aagifte Formulier No.7056 Goudstikker.

TO     :  Commissioner General for Netherlands, Economic
          Recuperation, Keizersgracht 569-571, Amsterdam C

     1.  Reference is made to the above subject painting, which
was restituted to the Netherlands on 15 April 1946.

     2.  The information which was on hand at that time was
received from the art dealer Almas-Dietrich, who supposedly
purchased it from Goudstikker on 4 July 1942 for fl. 1.763.38.

     3.  According to information which we now have on hand
from the catalogue of the Linz collection, this painting was
acquired from Karl Haberstock in Berlin. The painting was
formerly in the castle of Anhalt as property of the Duke of
Anhalt-Dessau and was exhibited in the art collection of
Caspari, Munich. According to the statement of Haberstock the
painting was acquired in Dresden.

     4.  The restituted painting is listed as No.35 in the
Linz collection, one of the group of first paintings acquired
for the Linz collection before the war. According to infor-
mation on hand the first 400 paintings were acquired during
the years 1935-37.

     5.  It would seem that the painting restituted to Holland
on 15 April 1946 cannot be the same one which was acquired
by the art dealer Almas-Dietrich. Unless your office can furnish
definite proof that this is the painting acquired by Almas-Diet-
rich, it is requested that it be returned to the Munich Central
Collecting Point as falling into the category as German owned
prior to the occupation to the Netherlands.

                    FOR THE LAND DIRECTOR:

                              Stefan p. munsing

                         STEFAN P MUNSING
                         Chief, Monuments, Fine
                         Arts and Archives Section
1 Incl:                  Restitution Branch
  Photo of painting
  in question

Tel: MM 4-389



28 Mei    49.

O.E. 1981.
    Ontvangstverkl.
    een

<u>Aantekenen.</u>

                de Heer H/L. Mason.
                Kon.Wilhelminalaan 193
                <u>te Voorburg.</u>

    Ingesloten gelieve U aan te treffen
geregistreerde ontvangstverklaring voor de
Heer Hugo.L. Moser inzake de ontvangst van
het schilderij " Marktplein van Pirna "
door Belotto.

            STICHTING NEDERLANDS KUNSTBEZIT.

                    O. Bakkelo.
                    administrateur.



2009        Bn/Hm.

Mr.Stefan P.Munsing,
Chief M.F.A. & A.,
Arcisstrasse 10,
MÜNCHEN.

    In reply to your letter of May 12th 1949,
with enclosed photography, we may inform you, that the
painting mentioned therein has been restituted to Mr.Hugo
L.Moses, 120, Central Park, South New York, being the legal
owner of the painting in question. Please find enclosed
a photography of the certificate of ownership, which is
in our possession.
    We trust that herewith to your satisfaction
is proved, that Mr.Hugo L.Moses is the real owner of the
painting.

      Yours faithfully,

    STICHTING NEDERLANDSCH KUNSTBEZIT:

      (Mr.J.Jolles),
      Manager.







GEHEIM

2 7 SEP 1947

BEANTW.

American Embassy
Benoordenhoutscheweg 7
The Hague, September 23, 1947

Nederlandsch Kunstbezit,
(Sectie Kunstschatten van het Commissariaat
Generaal van de Nederlandsche Economische
Belangen in Duitschland),
Keizersgracht 105,
Amsterdam.

Gentlemen:

The Embassy has received a request from Mr. Hugo L.
Moser, who states he is a United States citizen, of Apt
6D, 120 Central Park South, New York 19, N.Y., to assist
him in obtaining information about a painting which he
claims he owned but which apparently was lost during the
German occupation.

In his letter Mr. Moser points out that until
February 2, 1940 he resided at Heerenweg 115, Heemstede
(Netherlands) and that at that date he left the Nether-
lands for the United States. However, before his de-
parture, in January 1940 he gave the painting for cleaning
purposes to one Mr. Fechner, art restorer, Keizersgracht,
Amsterdam, but as far as he (Mr. Moser) knows, Mr. Fechner,
a German refugee, was shot by the Germans during the occu-
pation and the painting has not reappeared since.

The painting in question is stated to be an original
by Belotto (Italian, 18th century), depicting the market
square of Pirna, Saxony and its approximate present value
$2,500.

The Embassy would appreciate it if you would kindly
inform it of any indication of the present location of
this picture and the steps which may be necessary for
Mr. Moser to take to regain his property.

The Embassy thanks you in advance for your kind
attention to this matter.

Very truly yours,

For the Ambassador:

Edward C. Wilkinson
attaché



nationaal archief
Den Haag

Kopie van origineel

Archief: ...S.N.K.............................
Toegangsnr.: ...2.08.42...............
Inv.nr.: ........160.........................

...............................................

Handtekening ambtenaar

......................(R. Janssen)......

Datum: ..10. december.....2021.....